# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2452
_____

CALIPER SYSTEMS, INC.,

   Appellant/Cross-Appellee,

   v.

DEPARTMENT OF
TRANSPORTATION,

   Appellee

   and

PTV AMERICA, INC.,

   Appellee/Cross-Appellant.

_____

On appeal from the Florida Department of Transportation.

February 21, 2019

PER CURIAM.

   AFFIRMED.

WETHERELL and MAKAR, JJ., and BRASINGTON, MONICA J., Associate Judge, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Frederick J. Springer and Elizabeth W. Neiberger, Tallahassee, for Appellant/Cross-Appellee.

Bryan W. Duke, and Albert T. Gimbel, Tallahassee, for Appellee/Cross-Appellant.

Marc A. Peoples, Florida Department of Transportation, and Douglas Dolan, Office of the Attorney General, Tallahassee, for Appellee.